**Deborah L. BILINSKI, Respondent,**

v.

**Jan F. BILINSKI, Appellant.**

**No. WD 38673.**

Missouri Court of Appeals, Western District.

July 28, 1987.

Howard C. Hoyt, Quinn, Peebles, Beaird & Cardarella, Kansas City, for appellant.

Preston L. Cain, Kansas City, for respondent.

Before TURNAGE, P.J., and BERREY and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from award of maintenance and division of property entered in marriage dissolution action.

Affirmed.   Rule 84.16(b).